**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
CLARK COUNTY, STATE OF NEVADA**

GREENLIGHT ADVANTAGE GROUP, INC.,

    Plaintiff(s)

v.

KANEPTEC ENTERPRISES, INC.; et al.,

    Defendant(s)

Case No.:2:19-cv-02019-RFB-EJY
Valerie Del Grosso, Esq.,  Bar No.011103
ORIGINS LEGAL GROUP, LLC
6787 W. Tropicana Ave., Suite 120A
Las Vegas, NV 89103
(702) 850-7799
*Attorneys for the Plaintiff(s)*

Client File# Kanaptec

I, Daniel LaMotte, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Verified Complaint and Jury Demand, from ORIGINS LEGAL GROUP, LLC

That on 3/30/2020 at 1:20 PM I served the above listed documents to Kaneptec Holdings (Nevada) LLC - c/o CT Corporation System, Registered Agent by personally delivering and leaving a copy at 701 S. Carson Street, Suite 200, Carson City, NV 89701 with Ashlei Klein-Flynn - Front Desk, a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 31 -35  yrs., Height: Seated, Weight: 141 - 160 lbs., Hair: Blonde, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/31/2020

_____
Daniel LaMotte
Registered Work Card# R-2020-01425
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV224927
Reference: Kanaptec